UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DISTRICT

| | |
|---|---|
| DAWN KNEPPER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>Defendant. | Case No. 3:18-cv-00303-WHO<br>Case No. 3:18-cv-00304-WHO<br><br>**ORDER TO EXTEND DEADLINES TO FILE RESPONSIVE PLEADINGS AND MAKE INITIAL DISCLOSURES**<br><br>Local Rules 6-1(b) and 6-2 |

PURSUANT TO STIPULATION, **as modified below**, IT IS SO ORDERED that:

1. Plaintiff's deadline to respond to Defendant's Motion to Transfer Venue ("Motion") is hereby EXTENDED to May 25, 2018; Defendant's deadline to file a reply to Plaintiff's Response to Defendant's Motion is hereby EXTENDED to June 6, 2018; **and the hearing continued from June 13, 2018 to June 20, 2018;**

2. The Parties' deadline to make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C) is hereby EXTENDED to June 5, 2018; and

3. Defendant's deadline to serve responsive pleadings to the Complaints is hereby EXTENDED to June 26, 2018, following the ruling on Defendant's Motion.

**4. The Case Management Conference is continued to July 17, 2018 at 2:00 p.m. The Joint Case Management Statement is due July 10, 2018.**

Date: May 10, 2018

_____
The Honorable William H. Orrick
United States District Judge